**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**                                                                         DATE:   6/30/11

| **United States District Court** | **Eastern District of Virginia - Richmond Division** |
|---|---|
| CASE TITLE   Hector Acuna<br>v.<br>Chase Home Finance, LLC, et al. | CASE NO:   3:10cv905<br><br>JUDGE:   Spencer<br>COURT REPORTER:   Kull |

MATTER COMES ON FOR:  BENCH TRIAL ( )  MOTION HEARING ( X ) OTHER: Schedule Trial Date
APPEARANCES:  Parties by (x )/with ( ) counsel      Pro Se ( )

MOTIONS BEFORE TRIAL: _____
_____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )

OPENING STATEMENTS MADE ( )          OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )      SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )        ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION   ( )     TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:   Jury Trial Scheduled September 20, 2011 at 10:00 a.m.

_____
Counsel for Plaintiff(s) James Thornton, Esq.
_____
Counsel for Defendant(s)
                         Virginia Hoptman, Esq.
_____
SET:   10:00   BEGAN: 10:15    ENDED:       10:17     TIME IN COURT:           :02


RECESSES: