IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
701 East Broad Street
Richmond, VA 23219



HECTOR ACUNA,

    Plaintiff,

v.                                              Civil Action No. 3:10-cv-905

CHASE HOME FINANCE LLC

and

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

    Defendants.



## CONSENT ORDER

Plaintiff Hector Acuna and Defendants Federal National Mortgage Association ("FNMA) and J.P. Morgan Chase Bank ("Chase") through counsel, have conferred and agreed to a resolution of the above-referenced proceeding, without either side admitting liability. Now, the parties, by their respective undersigned counsel, hereby stipulate and consent to entry of judgment in this action as follows:

The Court hereby **ORDERS, ADJUDGES AND DECREES**:

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties.

2. The foreclosure sale of the subject property located at 3112 Manor Drive, Richmond, Virginia (further described as Lot 7, Block A, Section 1, Lake View Manor, as shown on the plat thereof recorded in the Clerk's Office, Circuit Court, Henrico County in

Plat Book 23, page 75), which took place on August 20, 2010, at public auction conducted at the main entrance to the building housing the Circuit Court for the County of Henrico Virginia, is rescinded, and the Trustee's Deed, dated August 20, 2010, and recorded in the Clerk's office of the Virginia Circuit Court for the County of Henrico as Instrument Number 4799 at page 0181, shall be struck from the land records, and title in such property shall revest in Hector Acuna and Elena Acuna, as tenants by the entirety.

3. The Deed of Trust dated December 21, 2007, and recorded in the Clerk's office of the Virginia Circuit Court for the County of Henrico as Instrument Number 4455, at Page 1075, which was signed by the Plaintiffs to secure their mortgage loan in the original principal amount of $162,000.00, shall be reinstated.

4. The Substitution of Trustee dated July 16, 2010, and recorded in the Clerk's office of the Virginia Circuit Court for the County of Henrico as Instrument Number 4789, at page 2014, which appointed Johnie R. Muncy and F&M Services, LC, a Virginia Limited Liability Company, as Substitute Trustees under the above-referenced Deed of Trust with all powers, authority and discretion granted by the Deed of Trust to the Original Trustee(s), shall be reinstated.

5. The parties shall file this Order with the Clerk's office of the Virginia Circuit Court for the County of Henrico to be recorded among the land records of this jurisdiction.

ENTERED this 7th day of March, 2012.

**SO ORDERED**

/s/
James R. Spencer
United States District Judge

We ask for this:

CENTRAL VIRGINIA LEGAL AID SOCIETY, INC.
c/o James D. Thornton
5030 Sadler Place, Suite 204
Glen Allen, Virginia 23060
Phone: 804-377-3700
Fax: 804-377-3704
jim.thornton@thorntonassociates.com
Counsel for Hector Acuna

By: _____
James D. Thornton (VSB #28013)

_____
Virginia W. Hoptman (VSB #65565)
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, 4th Floor
Tysons Corner, VA 22182
Facsimile: 703-790-2623
Telephone: 703-790-3310
Email: vhoptman@wcsr.com
*Counsel for Defendants Chase Home Finance, LLC and Federal National Mortgage Association*